UNITED STATES DISTRICT COURT
FOR THE
NORTHER DISTRICT OF OHIO

| | |
|---|---|
| **RONEISE EDWARDS,** ) | |
|       **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | Case No.: 3:17-cv-01547-JZ |
| **PORTFOLIO** ) | |
| **RECOVERY ASSOCIATES, LLC,** ) | |
|       **Defendant.** ) | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

      NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.


Dated: May 30, 2018        BY: */s/ Amy L. Bennecoff Ginsburg*
      Amy L. Bennecoff Ginsburg, Esquire
      Kimmel & Silverman, P.C.
      30 E. Butler Avenue
      Ambler, PA 19002
      Phone: (215) 540-8888
      Facsimile: (877) 788-2864
      Email: aginsburg@creditlaw.com
      Attorney for the Plaintiff

## Certificate of Service

I hereby certify that on this 30th day of May, 2018, a true and correct copy of the foregoing pleading served via ECF to the below:

Portfolio Recovery Associates, LLC
120 Corporate Boulevard
Norfolk VA 23502
Phone: (888) 772-7326
Email: GCMail@portfoliorecovery.com

*/s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff