## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| RONEISE EDWARDS,<br>        **Plaintiff,**<br><br>   v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br>        **Defendant.** | Case No.: 3:17-cv-01547-JZ |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/ Elizabeth Shaffer* | */s/ Amy L. Bennecoff Ginsburg* |
| Elizabeth Shaffer , Esq | Amy L. Bennecoff Ginsburg, Esq. |
| DINSMORE & SHOHL LLP | Kimmel & Silverman, P.C. |
| 255 East Fifth Street | 30 East Butler Pike |
| Suite 1900 | Ambler, PA 19002 |
| Cincinnati, OH 45202 | Phone: 215-540-8888 |
| Phone: (513) 977-8200 | Fax: 877-788-2864 |
| Email: elizabeth.shaffer@dinslaw.com | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| Date: September 19, 2018 | Date: September 19, 2018 |

BY THE COURT:

_____

                            J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 19th day of September, 2018:

Elizabeth Shaffer, Esq
DINSMORE & SHOHL LLP
255 East Fifth Street
Suite 1900
Cincinnati, OH 45202
Phone: (513) 977-8200
Email: elizabeth.shaffer@dinslaw.com
Attorney for the Defendant

                                                                */s/ Amy L. Bennecoff Ginsburg*
                                                                Amy L Bennecoff Ginsburg, Esq.
                                                                Kimmel & Silverman, P.C.
                                                                30 East Butler Pike
                                                                Ambler, PA 19002
                                                                Phone: 215-540-8888
                                                                Fax: 877-788-2864
                                                                Email: aginsburg@creditlaw.com
                                                                Attorney for the Plaintiff