# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| RONEISE EDWARDS,<br>       **Plaintiff,**<br><br>   v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br>       **Defendant.** | Case No.: 3:17 CV 1547 |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/ Elizabeth Shaffer* | */s/ Amy L. Bennecoff Ginsburg* |
| Elizabeth Shaffer, Esq | Amy L. Bennecoff Ginsburg, Esq. |
| DINSMORE & SHOHL LLP | Kimmel & Silverman, P.C. |
| 255 East Fifth Street | 30 East Butler Pike |
| Suite 1900 | Ambler, PA 19002 |
| Cincinnati, OH 45202 | Phone: 215-540-8888 |
| Phone: (513) 977-8200 | Fax: 877-788-2864 |
| Email: elizabeth.shaffer@dinslaw.com | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| Date: September 19, 2018 | Date: September 19, 2018 |

BY THE COURT:

      *s/ Jack Zouhary*
      Judge Jack Zouhary
      U.S. DISTRICT JUDGE

September 19, 2018